UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| | : | |
| v. | : | Crim. No. 22- |
| | : | |
| JOHN DOE | : | AFFIDAVIT IN SUPPORT OF |
| | : | MOTION TO SEAL/RENAME |
| | : | |
| | : | **To Be Filed Under Seal** |

I, ███████████████████, being duly sworn, depose and state:

1. I am a Special Agent with the U.S. Federal Bureau of Investigation ("FBI"). I have experience with narcotics trafficking investigations, including the execution of warrants and orders for cellphone location data. I am a member of the team of law enforcement agents working on the investigation that is described herein. During my career, I have participated in numerous investigations of federal crimes, including violent crimes, gang activity, and narcotics distribution, and have, among other things, conducted or participated in surveillance, the interception of wire communications, the execution of search warrants, debriefings of informants, and reviews of taped conversations and records. I have been trained in various aspects of law enforcement, particularly the investigation of violent crimes and violent street gangs. I am familiar with the manner and means in which controlled substances are used, possessed, packaged, and distributed. In addition, I am familiar with the manner and means in which violent crimes are committed and in which violent street gangs carry out various crimes.

2. In the course of my duties as Special Agent with the FBI, I have become familiar with the instant matter. ███████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████

3. ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████

4. ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████ ██████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████    ██████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████

5.   At this time, ████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████.

6.   Law enforcement ██████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████

7. Moreover, ███████████████████████████████████████████

███████████████████████████████████████████████████████,

he is concerned for his and his family's physical safety. Similarly, ██████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████

8. T████████████████████████████████████████████████

████████ will prematurely disclose and jeopardize law enforcement's ongoing

investigation.

███████████
Special Agent
Federal Bureau of Investigation